

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       Carolyn R. Dawson v. Kevin J. Pakenham

Appellate case number:    01-19-00572-CV

Trial court case number:   19-CCV-064653

Trial court:               County Court at Law No. 1 of Fort Bend County

Appellant, Carolyn R. Dawson, has filed a notice of appeal of the trial court's final summary judgment order signed on July 31, 2019 in a forcible detainer proceeding. And, she has filed an emergency motion for stay of execution of writ of possession pending appeal.

A judgment in a forcible detainer action may not be stayed pending appeal unless the appellant files, within 10 days of the signing of the judgment, a supersedeas bond in the amount set by the trial court. TEX. PROP. CODE ANN. § 24.007; *see Marshall v. Hous. Auth. of the City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006) ("[I]f a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises."); *Guillen v. U.S. Bank, N.A.*, 494 S.W.3d 861, 865 (Tex. App.—Houston [14th Dist.] 2016, no pet.) ("If the supersedeas bond is not posted, then the writ will be executed . . . .").

Accordingly, we **deny** appellant's motion.

It is so ORDERED.


Judge's signature: /s/ Julie Countiss
                            ☑ Acting individually    ☐ Acting for the Court

Date: ___August 9, 2019___

1